**KAUFMAN DOLOWICH & VOLUCK, LLP**
Iram P. Valentin
ivalentin@kdvlaw.com
Seth D. Griep
sgriep@kdvlaw.com
Court Plaza North
25 Main Street, Suite 500
Hackensack, NJ 07601
*Attorneys for Defendant, Preferred Behavioral Health of NJ, Inc. d/b/a Preferred Behavioral Health Group*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHERINE MILLER,<br>130 Serpentine Drive<br>Bayville, NJ 08761,<br><br>    Plaintiff,<br>  v.<br><br>PREFERRED BEHAVIORAL HEALTH OF NJ, INC. d/b/a PREFERRED BEHAVIORAL HEALTH GROUP, 1500 NJ-88<br>Brick Township, NJ 08724,<br><br>    Defendant. | DOCKET NO. 3:21-cv-16573-MAS-TJB<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL **WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Karpf, Karpf & Cerutti, P.C., attorneys for plaintiff, Katherine Miller, and Kaufman Dolowich & Voluck, LLP, attorneys for defendant, Preferred Behavioral Health of NJ, Inc. d/b/a Preferred Behavioral Health Group, that all claims asserted in the Complaint filed in the above-captioned matter by plaintiff against defendant are hereby dismissed with prejudice, without attorney's fees or costs against either party.

/s/ *Julie Clark*
_____
Julia Clark, Esq.
Karpf, Karpf & Cerutti, P.C.
*Attorneys for Plaintiff*

Dated: July 12, 2022

_____
Seth D. Griep, Esq.
Kaufman Dolowich & Voluck LLP
*Attorneys for Defendant*

Dated: July 12, 2022

**So Ordered this 19th day of July, 2022.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**